UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>JOHN DOE subscriber assigned IP address 73.189.227.231,<br><br>Defendant. | No. 2:24-cv-00544-TLN-CKD<br><br><br><br>ORDER |

On May 20, 2024, plaintiff filed an application seeking an additional fifty (50) days to effectuate Rule 4(m) service on defendant. (ECF No. 6.) However, the court granted plaintiff's previous Ex Parte Application for Leave to Serve a Third-Party Subpoena, without permitting formal service. (*See* ECF No. 4 at 5-6.) Additionally, the court set a timeframe for the limited service it has permitted. (*Id.*)

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's Ex Parte Application for Extension of Time Within Which to Effectuate Service on John Doe Defendant (ECF No. 6) is DENIED as moot; and

/////

/////

/////

/////

1

2. Plaintiff is directed to file a status report within thirty (30) days from the date of this order as to the parties' settlement status and whether defendant has agreed to attend an informal conference consistent with the Court's March 20, 2024, order.

Dated: May 23, 2024

/s/ Carolyn K. Delaney
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE